# In the United States Court of Federal Claims

No. 06-326 C
(Filed June 23, 2006)

**********************************
RIVERWOOD LTD. II, A *
NEVADA LIMITED PARTNERSHIP, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
**********************************

**ORDER**

On June 22, 2006, a Joint Motion for a Stay of Proceedings was filed. Plaintiff and defendant request that the court stay further proceedings in this matter while this case remains in the Alternative Dispute Resolution ("ADR") pilot program.

Accordingly, it is **ORDERED** that proceedings are **STAYED** until fourteen days after the conclusion of ADR proceedings at which time parties shall file a status report(s).

s/ James F. Merow
James F. Merow
Senior Judge